UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARISSA HILL<br>3511 JAY ST. NE # 202<br>WASHINGTON, DC  20019<br><br>    PLAINTIFF<br><br>vs.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)  Cv. Action 18-<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR DECLARATORY JUDGMENT AND RELIEF**

COMES NOW PLAINTIFF LARISSA HILL, Petitioner in the underlying case, to respectfully state as follows:

PRELIMINARY STATEMENT

This is an action for injunctive and declaratory relief brought under the Individuals with Disabilities Education Act, 20 U.S.C. 1400 *et. seq*. ("IDEA").  The Plaintiff seeks a judgment (a) declaring that she was the prevailing party in the underlying proceeding and is entitled to recover her reasonable legal fees and costs, (b) determining that the reasonable attorney fees in this case should be awarded at the rate set by the USAO Attorney's Fees Matrix 2015-2017; and (c) ordering the Defendant to make payment to the Plaintiff at the rate deemed reasonable under the USAO Attorney's Fees Matrix for Attorney Carolyn Houck.

JURISDICTION AND VENUE

1. This court has jurisdiction pursuant to The Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1461 ("IDEA"), 29 U.S.C. § 794; 28 U.S.C. §§ 1441, 1442, 2201, & 2202;

1

the Mills Decree; and pendent jurisdiction pursuant to D.C. Mun. Regs. Title 5 §§ 3000.1 – 3701.3 (2o003).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Larissa Hill is the parent of R.G., a student who has been determined to be a student with a disability, as defined by the IDEA. Plaintiff is currently a resident of the District of Columbia and was a resident of the District of Columbia during the time of the underlying administrative proceeding.

4. Defendant is a municipal corporation. As one of its governmental functions, Defendant operates the District of Columbia Public Schools system (herein "DCPS"). DCPS is responsible for affording children with disabilities in the District of Columbia all rights pursuant to IDEA and is responsible for issuing checks in payment of reasonable attorney fees and costs incurred by the Plaintiffs in pursuing claims under IDEA.

## FACTUAL BACKGROUND

5. At all times pertinent to this proceeding, Plaintiff was represented by Attorney Carolyn Houck.

6. An administrative due process hearing was held concerning the special education needs of R.G. on February 26, 2018. The Hearing Officer's Determination (HOD) was issued on March 3, 2018 and is attached as Exhibit 1. The hearing was not contested. After lengthy discussion between the parties, the DCPS attorney agreed to all the relief the parent was seeking, and the only thing left to do at the hearing was to assist the hearing officer in crafting an HOD ordering the agreed-upon terms. Had this not been successful, both

previously agreed-upon experts were waiting to testify. Plaintiff Larissa Hill was the prevailing party in this proceeding.

7. The Attorney Fee Guidelines issued by DCPS on March 25, 2013 by the General Counsel for DCPS states, "Submission of attorney's fee invoices to OGC is not required before filing a petition of fees with the District Court, pursuant to the IDEA.

8. The attorney fees and costs Defendant owes to Plaintiff Larissa Hill total $78,934.60 ($73,021.10 attorney fees and $5,913.50 expenses, including expert fees).

9. After discussions with the Assistant Attorney General's office, Plaintiff submitted her invoice directly to that office on April 4, 2018. The purpose of this submission was an attempt to allow the parties to mediate the attorney fee issue prior to Plaintiff filing this complaint. On April 18, 2018, Plaintiff's counsel was informed that the Defendant did not agree to mediation.

## LEGAL FRAMEWORK

10. An award of attorneys' fees is proper and just in this matter pursuant to the IDEA and its implementing regulations, which state, *inter alia*:

    (a) *In general*. (1) In any action or proceeding brought under section 615 of the Act, the court, in its discretion, may award reasonable attorneys' fees as part of the costs to—

    (i) The prevailing party who is the parent of a child with a disability;

    *34 C.F.R. §300.517(a)(1)(i).*

11. The regulations further state:

    (c) *Award of fees*. A court awards reasonable attorneys' fees under section 615(i)(3) of the Act consistent with the following:

    (1) Fees awarded under section 615(i)(3) of the Act must be based on rates prevailing in the

3

community in which the action or proceeding arose for the kind and quality of services furnished.

*34 C.F.R. §300.517(c)(1).*

12. The Plaintiff was the prevailing party in the underlying action, as defined in *Select Milk Producers, Inc. v. Johanns*, 400 F.3d 939 (D.C. Cir. 2005) (finding that a party prevails if "there has been a court-ordered change in the legal relationship between the plaintiff and defendant" and "in whose favor a judgment is rendered, regardless of the amount of damages awarded") (citing *Buckhannon Board and Care Home Inc. v. West Virginia Department of Health and Human Resources*, 532 U.S. 598, 603-04 (2001) and is entitled to recover reasonable attorney's fees and costs.

13. The current billing rate for Attorney Houck, is reasonable and consistent with prevailing market rates in the District of Columbia and consistent with the USAO Attorney's Fee Matrix 2015-2018 rates. The current Matrix is attached as Exhibit 2.

## RELIEF REQUESTED

**WHEREFORE, Plaintiff respectfully requests that this Court:**

A. Declare the Plaintiff as the prevailing party under the IDEA, and therefore find that the Plaintiff is entitled to recover reasonable legal fees and costs incurred in the litigation;

B. Declare that the rate paid to Attorney Houck for the work in litigating the case of *Larissa Hill vs. District of Columbia*, Case No. 2017-023 should be the rate determined by the USAO Attorney's Fees Matrix, based on the attorney's years of experience;

C. Award Plaintiff the sum of $78,934.60 in attorney's fees and costs;

D. Award Plaintiff fees for litigating the current Complaint in the District Court of the District of Columbia for the purpose of collecting fees in the underlying administrative

4

action, at the same hourly rate ($563), pursuant to 42 U.S.C. § 1988; and

E. Award any other relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Carolyn Houck*

Carolyn W. Houck, Esq.
P.O. Box 252
St. Michaels, MD  21663
Telephone:  301-951-4278
Fax:            866-297-4248
Email:         cwhouck1@gmail.com
DC Bar Number:  459746